### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY DON LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-202-M |
| ) | |
| RON WARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On December 12, 2005, United States Magistrate Judge Bana Roberts issued a Report and Recommendation [docket no. 47] in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that Defendants' Motion to Dismiss/Motion for Summary Judgment [docket no. 36] be granted and that Plaintiff's action be dismissed without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). The Magistrate Judge also recommends that Plaintiff's Motion for Temporary Restraining Order and/or Injunction [docket no. 10], Motion for Leave of Court [docket no. 23], Motion for Default by the Court [docket no. 25] and Motion for Leave of Court to Stay Proceedings to Amend the Original Complaint [docket no. 34] be denied. The parties were advised of their right to object to the Report and Recommendation by January 3, 2006. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court:

(1)  ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on December 12, 2005;

(2)  GRANTS Defendants' Motion to Dismiss/Motion for Summary Judgment [docket no. 36];

(3)  DENIES Plaintiff's Motion for Temporary Restraining Order and/or Injunction [docket no. 10], Motion for Leave of Court [docket no. 23], Motion for Default by the Court [docket no. 25] and Motion for Leave of Court to Stay Proceedings to

      Amend the Original Complaint [docket no. 34]; and

(4)    DISMISSES this action without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS SO ORDERED this 23rd day of February, 2006.**

_____
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE